UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HILL INDIVIDUALLY AND DOING BUSINESS AS POWELL'S STEAMER CO., & PUB,<br><br>Plaintiff,<br><br>vs.<br><br>AMOCO INSURANCE, and DOES 1 - 15,<br><br>Defendants. | Case #: **2:17-cv-02054-JAM-KJN**<br><br>**ORDER ON STIPULATION AND JOINT MOTION TO DISMISS ACTION WITH PREUDICE**<br><br>Complaint Filed: October 3, 2017<br>Trial Date: May 6, 2019 |

The Court having considered the Stipulation and Joint Motion of the parties and good cause appearing therefore,

Continued next page.

1      **IT IS HEREBY ORDERED** that this action be dismissed in its entirety with prejudice.

2 Each party to bear their own attorney's fees and costs.

3

4

5                                   **SO ORDERED:**

6 DATED:  September 21, 2018

7

8                                /s/ John A. Mendez
                               Honorable John A. Mendez

9                                United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28